UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

ROBERT PAUL MCRAY, :

Defendant. :

-----------------------------------------------------------x

**SCHEDULING ORDER**

7:26-cr-395 (PMH)

An Initial Conference is scheduled for September 17, 2026 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
September 8, 2026

Philip M. Halpern
United States District Judge