**U.S. Department of Justice**

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 16).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 16, 2026

**BY ECF AND EMAIL**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Robert Paul McRay*, 26 Cr. 395 (CS)**

Dear Judge Halpern:

In the above-captioned matter, the Government respectfully requests that the Court exclude time under the Speedy Trial Act between November 16, 2026 and December 10, 2026, the currently scheduled date of the next pre-trial conference in this case. *See* 18 U.S.C. § 3161(h)(7)(A).

On August 31, 2026, a grand jury in the Southern District of New York returned a one-count indictment against the defendant charging him with illegal reentry, in violation of Title 8, United States Code, Section 1326(a) and (b)(1). The defendant was arraigned before your Honor on September 4, 2026. At the arraignment, Your Honor excluded time in the interests of justice until the next scheduled pre-trial conference, which was set for November 16, 2026. At the request of defense counsel, with the consent of the Government, the Court rescheduled the pre-trial conference for December 10, 2026.

Accordingly, the Government respectfully requests an exclusion of time from November 16, 2026 until December 10, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A), so that the defendant may review the discovery that the Government has produced in this case, the parties may discuss possible pre-trial resolution, and for the effective preparation for subsequent matters herein. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial. Defense counsel has consented to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

by: /s/ Steven Ballew
Steven Ballew
Assistant United States Attorney
(914) 993-1922

cc: Elizabeth Quinn, Esq.